| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) ST. EVE, AMY J | 2. Court or Organization District Court | 3. Date of Report 5/5/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) USDCJ - Active | 5. ReportType (check appropriate type) ◯ Nomination, Date ◯ Initial ⦿ Annual ◯ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 219 South Dearborn Street Room 1260 Chicago, Illinois 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto. it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.    (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE**   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | Northwestern Law School |
| 2. Board Member | Federal Bar Association -- Chicago Chapter |
| 3. Board Member | DePaul University College of Law -- Intellectual Property Law and Information Technology Board |

## II. AGREEMENTS.    (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE 2005 MAY 10 A 10: 16 RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Northwestern Law School | $4,000.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Medtronec |
| 2. | 2004 | Northwestern Medical Faculty Foundation |
| 3. | 2004 | Cardinal Health |
| 4. | 2004 | WL Gore & Associates |
| 5. | 2004 | Interventional Consultants, LLC |
| 6. | 2004 | CR Bard |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | ABA White Collar Crime Seminar (May 4 - 6, 2004) | Reimbursement for travel expenses for seminar where Judge spoke (airfare, hotel, food & misc.) |
| 2. | FBI Seminar (June 10, 2004) | Reimbursement for travel expenses for seminar where Judge spoke (airfare, hotel, food & misc.) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | Union League Club | Partial Honorary Membership (Dues) | $500 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ST. EVE, AMY J | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Fidelity Ginnie Mae Mutual Fund | | None | J | T | | | | | |
| 2. Fidelity Magellan Mutual Fund | | None | J | T | | | | | |
| 3. Fidelity Low Priced Stock Mutual Fund | | None | J | T | | | | | |
| 4. Fidelity Municipal Money Market Account | A | Interest | K | T | | | | | |
| 5. Bank One (Accounts) | B | Interest | M | T | | | | | |
| 6. Abbott Laboratories Common Stock | | None | J | T | | | | | |
| 7. Fidelity Contrafund | | None | J | T | Bought | 1/2 | J | | |
| 8. Microsoft Corp. Common Stock | B | Dividend | J | T | | | | | |
| 9. Anheuser Busch Common Stock | A | Dividend | J | T | | | | | |
| 10. Covad Comm. Common Stock | | None | J | T | Bought | 3/18 | J | | |
| 11. Home Depot Common Stock | A | Dividend | J | T | | | | | |
| 12. Pfizer Common Stock | | | | | Sold | 12/17 | J | | |
| 13. Wal-Mart Common Stock $15,097 - 5/17/02 | | None | J | T | | | | | |
| 14. EMC Corp. Common Stock | | None | J | T | | | | | |
| 15. RMA Money Market | A | Interest | M | T | | | | | |
| 16. UBS PaineWebber CD | A | Interest | J | T | | | | | |
| 17. Van Kampen Equity Trust Small Cap Growth Fund | | None | J | T | | | | | |
| 18. Van Kampen American Cap Emerging Growth Fund | | None | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2.500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50.000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
                   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ST. EVE, AMY J | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Fidelity Independence Fund | | | | | Sold | 1/20 | J | | |
| 20. Fidelity Blue Chip | | | | | Sold | 1/20 | K | | |
| 21. Fidelity Growth and Income | | | | | Sold | 1/20 | K | | |
| 22. Spartan U.S. Equity Index | | | | | Sold | 1/20 | K | | |
| 23. Fidelity OTC Port | | | | | Sold | 1/20 | K | | |
| 24. ING International Value Fund | | None | J | T | | | | | |
| 25. Neuberger Berman Genesis Fund | | None | J | T | | | | | |
| 26. ING Small Company Fund A | | None | J | T | | | | | |
| 27. Lord Abbett Affiliated Fund A | | None | J | T | | | | | |
| 28. Ameren Corp. Common Stock | A | Dividend | J | T | | | | | |
| 29. Barrick Gold Corp. Common Stock | A | Dividend | J | T | | | | | |
| 30. Cisco Systems Inc. Common Stock | | None | J | T | | | | | |
| 31. Flextronics Int'l Common Stock | | None | J | T | | | | | |
| 32. Humana Inc. CS | | None | J | T | | | | | |
| 33. McDonalds Corp. CS | | None | J | T | | | | | |
| 34. Stiefel Nicholaus Money Market | A | Dividend | M | T | | | | | |
| 35. UBS Cashfund Inc. | | None | J | T | | | | | |
| 36. Illinois Municipal Bonds | | None | K | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ST. EVE, AMY J | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Fidelity Strategic Dividend/Income | A | Interest | J | T | Bought | 1/20 | J | | |
| 38. Fidelity 529 Education Plan | A | Interest | K | T | Bought | 2/23 | K | | |
| 39. Fidelity U.S. Treasury Fund | B | Dividend | M | T | Bought | 1/20 | M | | |
| 40. Peabody Energy Corp. | | None | J | T | Bought | 3/17 | J | | |
| 41. General Electric | | None | J | T | Bought | 12/17 | J | | |
| 42. International Fuel Tech. | | None | J | T | Bought | 4/13 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | ST. EVE, AMY J | 5/5/2005 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | ST. EVE, AMY J | 5/5/2005 |

VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | ST. EVE, AMY J | 5/5/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____    Date_____5-5-05_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) ST. EVE, AMY J | 2. Court or Organization District Court | 3. Date of Report 8/3/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) USDCJ - Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ⦿ Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 219 South Dearborn Street Room 1260 Chicago, Illinois 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. **Sign on last page.**

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | Northwestern Law School |
| 2. | Board Member | Federal Bar Association -- Chicago Chapter |
| 3. | Board Member | DePaul University College of Law -- Intellectual Property Law and Information Technology Board |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED AUG 15 4 18 PM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Northwestern Law School | $4,000.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Medtronec |
| 2. | 2004 | Northwestern Medical Faculty Foundation |
| 3. | 2004 | Cardinal Health |
| 4. | 2004 | WL Gore & Associates |
| 5. | 2004 | Interventional Consultants, LLC |
| 6. | 2004 | CR Bard |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | ABA White Collar Crime Seminar (May 4 - 6, 2004) | Reimbursement for travel expenses for seminar where Judge spoke in Miami, Florida (airfare, hotel, food & misc.) |
| 2. | FBI Seminar (June 10, 2004) | Reimbursement for travel expenses for seminar where Judge spoke outside of Washington, DC (airfare, hotel, food & misc.) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Union League Club | Partial Honorary Membership (Dues) | $500 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ST. EVE, AMY J | 8/3/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Fidelity Ginnie Mae Mutual Fund | | None | J | T | | | | | |
| 2. Fidelity Magellan Mutual Fund | | None | J | T | | | | | |
| 3. Fidelity Low Priced Stock Mutual Fund | | None | J | T | | | | | |
| 4. Fidelity Municipal Money Market Account | A | Interest | K | T | | | | | |
| 5. Bank One (Accounts) | B | Interest | M | T | | | | | |
| 6. Abbott Laboratories Common Stock | | None | J | T | | | | | |
| 7. Fidelity Contrafund | | None | J | T | Bought | 1/2 | J | | |
| 8. Microsoft Corp. Common Stock | B | Dividend | J | T | | | | | |
| 9. Anheuser Busch Common Stock | A | Dividend | J | T | | | | | |
| 10. Covad Comm. Common Stock | | None | J | T | Bought | 3/18 | J | | |
| 11. Home Depot Common Stock | A | Dividend | J | T | | | | | |
| 12. Pfizer Common Stock | | None | | | Sold | 12/17 | J | | |
| 13. Wal-Mart Common Stock $15,097 - 5/17/02 | | None | J | T | | | | | |
| 14. EMC Corp. Common Stock | | None | J | T | | | | | |
| 15. RMA Money Market | A | Interest | M | T | | | | | |
| 16. UBS PaineWebber CD | A | Interest | J | T | | | | | |
| 17. Van Kampen Equity Trust Small Cap Growth Fund | | None | J | T | | | | | |
| 18. Van Kampen American Cap Emerging Growth Fund | | None | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ST. EVE, AMY J | 8/3/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Fidelity Independence Fund | | None | | | Sold | 1/20 | J | | |
| 20. Fidelity Blue Chip | | None | | | Sold | 1/20 | K | | |
| 21. Fidelity Growth and Income | | None | | | Sold | 1/20 | K | | |
| 22. Spartan U.S. Equity Index | | None | | | Sold | 1/20 | K | | |
| 23. Fidelity OTC Port | | None | | | Sold | 1/20 | K | | |
| 24. ING International Value Fund | | None | J | T | | | | | |
| 25. Neuberger Berman Genesis Fund | | None | J | T | | | | | |
| 26. ING Small Company Fund A | | None | J | T | | | | | |
| 27. Lord Abbett Affiliated Fund A | | None | J | T | | | | | |
| 28. Ameren Corp. Common Stock | A | Dividend | J | T | | | | | |
| 29. Barrick Gold Corp. Common Stock | A | Dividend | J | T | | | | | |
| 30. Cisco Systems Inc. Common Stock | | None | J | T | | | | | |
| 31. Flextronics Int'l Common Stock | | None | J | T | | | | | |
| 32. Humana Inc. CS | | None | J | T | | | | | |
| 33. McDonalds Corp. CS | | None | J | T | | | | | |
| 34. Stiefel Nicholaus Money Market | A | Dividend | M | T | | | | | |
| 35. UBS Cashfund Inc. | | None | J | T | | | | | |
| 36. Illinois Municipal Bonds | | None | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ST. EVE, AMY J | 8/3/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Fidelity Strategic Dividend/Income | A | Interest | J | T | Bought | 1/20 | J | | |
| 38. Fidelity 529 Education Plan | A | Interest | K | T | Bought | 2/23 | K | | |
| 39. Fidelity U.S. Treasury Fund | B | Dividend | M | T | Bought | 1/20 | M | | |
| 40. Peabody Energy Corp. | | None | J | T | Bought | 3/17 | J | | |
| 41. General Electric | | None | J | T | Bought | 12/17 | J | | |
| 42. International Fuel Tech. | | None | J | T | Bought | 4/13 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | ST. EVE, AMY J | 8/3/2005 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _____ 8|3|05 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544